UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:17-CV-24691-MARTINEZ/OTAZO-REYES

REBECCA A. WASSON,

       Plaintiff(s),

vs.

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

       Defendant(s).                    /

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, REBECCA A. WASSON and Defendant, HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, through their respective undersigned counsel, hereby stipulate based on the settlement reached by the Plaintiff and the Defendant in the above-captioned action, all claims be dismissed with prejudice with each party to bear its own attorneys' fees and costs.

Dated: September 25, 2018

By: */s/ Alexander Palamara*
    ALEXANDER PALAMARA, ESQ.
    Fla. Bar No. 0037170
    DELL AND SCHAEFER CHARTERED
    Attorneys for Plaintiff
    2404 Hollywood Boulevard
    Hollywood, FL  33020
    Telephone: (954) 620-8300
    Fax: (954) 922-6864
    Alex@diattorney.com

By: */s/ Jeannine C. Jacobson*
    JEANNINE C. JACOBSON ESQ.
    Fla. Bar No. 058777
    ROBINSON & COLE LLP
    Attorneys for the Defendant
    777 Brickell Ave
    Miami, FL 33131
    Telephone: (786) 725-4109
    Fax: (786) 725-4121
    jjacobson@rc.com